UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M. LEE BAXTER,<br><br>                Plaintiff,<br><br>    v.<br><br>STOEL RIVES LLP,<br><br>                Defendant. | CASE NO. C18-1601 MJP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER |

THIS MATTER comes before the Court on Plaintiff's Motion for a Protective Order (Dkt. No. 18). Having reviewed the motion, the response (Dkt. No. 20), the reply (Dkt. No. 22), and all related papers, the Court DENIES the motion. Plaintiff failed to confer in person or by telephone with Defendant before filing the motion, as required by Federal Rule of Civil Procedure 26(c)(1) and Local Civil Rule 26(c)(1). If the issue cannot be resolved after the parties meet and confer in accordance with the rules, they may file a unified document describing the nature of the remaining dispute pursuant to Local Rule 37(a)(2).

//

The clerk is ordered to provide copies of this order to all counsel.

Dated May 30, 2019.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge